

FILED
CLERK, U.S. DISTRICT COURT

DEC - 2 2020

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>BLANCA VANESA MENDOZA<br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:20-MJ-00834<br><br>**ORDER FOR TEMPORARY DETENTION<br>PENDING HEARING PURSUANT TO<br>BAIL REFORM ACT<br>RE: OUT OF DISTRICT CASE** |

IT IS ORDERED that a detention hearing is hereby set on the calendar of the  U. S.  District  Court  for the _____Southern_____ District of ___California_____, at a date and time to be determined by that Court, following defendant's transfer to that District by the United States Marshal.

Pending said detention hearing, the defendant shall be held in custody by the United States Marshal or other custodial officer, to wit: _____, and produced for the hearing.

☒ The Court finds good cause for continuance of the detention hearing in excess of five (5) days.

Dated: _____December 2, 2020_____

_____
Autumn D. Spaeth, U.S. Magistrate Judge